Boris Shefts, Respondent, v. Herman D. Furman, Defendant. Varet Corporation, Appellant.— Motion to dismiss appeal denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

Sidney L. Stein, Respondent, v. Motor Factors, Inc., Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

Benjamin A. Abrams, Appellant, v. Wilmot P. Thompson and Others, Respondents, and Anna Abrams, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

American Steel Export Company, Inc., Respondent, v. White & Associates, Incorporated, Appellant, and Others, Defendants.. (Action No. 1.) — Judgment and order unanimously affirmed, with costs. It appears that the indorsements in question, made by appellant's officers, were acts done within the scope of their authority in regard to business which the corporation was authorized to do according to the terms of its charter. Such acts are, therefore, presumed to be the acts of the corporation and binding upon it, and the plaintiff, in dealing with such officers under such circumstances, was not required to prove a specific authorization of the indorsements; and the by-law requiring such authorization not having been brought to its attention, the plaintiff was not affected by it. (Lyon v. West Side Transfer Co., 132 App. Div. 777; Traitel Marble Co. v. Brown Brothers, Inc., 159 id. 485.) Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

American Steel Export Company, Inc., Respondent, v. White & Associates, Incorporated, Appellant, and Others, Defendants. (Action No. 2.) — Judgment and order unanimously affirmed, with costs, on authority of American Steel Export Company, Inc., v. White & Associates, Incorporated, Action No. 1 [ante, p. 659], decided herewith. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

American Steel Export Company, Inc., Respondent, v. White & Associates, Incorporated, Appellant, and Others, Defendants. (Action No. 3.) — Judgment and order unanimously affirmed, with costs, on authority of American Steel Export Company, Inc., v. White & Associates, Incorporated, Action No. 1 [ante, p. 659], decided herewith. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

American Vacuum Bottle Corporation, Respondent, v. White & Associates, Incorporated, Appellant, and Others, Defendants. (Action No. 4.) — Judgment and order unanimously affirmed, with costs, on authority of American Steel Export Company, Inc., v. White & Associates, Incorporated, Action No. 1 [ante, p. 659], decided herewith. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

Sidney Band, Respondent, v. Harry Schetzen, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.